UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FELIKS FRENKEL, Plaintiff, v. LEONID A. POLLAK, Defendant. | Civ. A. No. 3:18-cv-01090 (JCH) <br><br> March 20, 2018 |

## MOTION FOR STATUS CONFERENCE

Plaintiff Feliks Frenkel ("Frenkel") respectfully requests that a status conference be scheduled at the Court's earliest opportunity, in order to address scheduling this matter for trial.

On or about December 5, 2018, defendant Leonid A. Pollak ("Pollak") moved to stay proceedings in this case, pending final disposition of a criminal case against him, *United States v. Pollak*, 3:18-cr-00200-JCH (D.Conn.). (*See* ECF No. 41). On January 9, 2019, the Court granted Pollak's motion to stay. (*See* ECF No. 46).

Pollak recently pled guilty in his criminal case. (*See United States v. Pollak*, ECF No. 63). He is due to be sentenced on June 10, 2019. Accordingly, the issues underlying Pollak's motion to stay have been resolved. Frenkel is desirous of moving forward with this matter and a related matter (*2 Windrose Way Lenders LLC v. Pollak*, 3:18-cv-01091-JCH (D. Conn.)) expeditiously.

PLAINTIFF
FELIKS FRENKEL

By: /s/ Andrew M. Zeitlin
    Andrew M. Zeitlin
    Fed. Bar. No.: ct 21386
    SHIPMAN & GOODWIN LLP
    300 Atlantic Street
    Stamford, Connecticut 06901
    Tel. (203) 324-8100
    Fax. (203) 324-8199
    Attorneys for Feliks Frenkel

## CERTIFICATE OF SERVICE

      I hereby certify that on March 20, 2019, a copy of the foregoing was filed electronically and served by email on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to access electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                          /s/ Andrew M. Zeitlin
                                          Andrew M. Zeitlin (ct21386)

7507903v1